UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br>WELDING ROD PRODUCTS<br>LIABILITY LITIGATION<br><br>This Document Relates To All Cases | Case No. 1:03-CV-17000<br><br>MDL Docket No. 1535<br><br>JUDGE KATHLEEN O'MALLEY |

**NOTICE OF DEFENDANTS AIRGAS-GULF STATES, INC., AIR LIQUIDE AMERICA L.P., AS SUCCESSOR IN INTEREST TO BIG THREE INDUSTRIES, INC., A.O. SMITH CORPORATION, AVESTAPOLARIT WELDING, INC.,THE BOC GROUP, INC., F/K/A AIRCO, INC., THE ESAB GROUP, INC., EUTECTIC CORPORATION, HOBART BROTHERS COMPANY, LINCOLN ELECTRIC COMPANY, PRAXAIR, INC., SANDVIK, INC., TDY INDUSTRIES, INC., UNION CARBIDE CORPORATION, UNION CARBIDE CORPORATION F/K/A UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC., VIACOM, INC. AND VIACOM, INC. AS SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORP. PRODUCTION OF SUPPLEMENTAL CORE EXPERT REPORT**

Pursuant to Section X(A) of the Case Management Order modifying the initial disclosure requirements of Federal Rule of Civil Procedure 26(a)(1), and pursuant to Sections XIII(A)(3) and XIII(C) of the Case Management Order, defendants Airgas-Gulf States, Inc., Airgas Southwest, Inc., Air Liquide America L.P., as successor in interest to Big Three Industries, Inc., A.O. Smith Corporation, Avesta Welding Produces, Inc. f/k/a Avesta Polarit Welding, Inc., The BOC Group, Inc., f/k/a Airco, Inc., The ESAB Group, Inc., Eutectic Corporation, Hobart Brothers Company, Lincoln Electric Company, Praxair, Inc., Sandvik, Inc., TDY Industries, Inc.,

Union Carbide Corporation, Union Carbide Corporation f/k/a Union Carbide Chemicals and Plastics Company, Inc., Viacom, Inc. and Viacom, Inc. as successor by merger to CBS Corporation f/k/a Westinghouse Electric Corp. hereby supplement their initial disclosure of Core Experts.  A copy of this report was produced today by electronic mail to Plaintiffs' Lead Co-Counsel and Plaintiffs' Liaison Counsel.

>**Cary Coglianese**
>Harvard University
>Center for Business and Government
>John F. Kennedy School of Government
>79 John F. Kennedy Street, Weil Hall
>Cambridge, Massachusetts 02138

These Defendants reserve their right to further supplement their Core Expert Reports and their Core Experts and provide supplemental or additional expert reports pursuant to Section XIII(C) of the Case Management Order and the Federal Rules of Civil Procedure.

Dated: June 20, 2004          Respectfully submitted,

s/ John Beisner
John H. Beisner
Charles Read
Stephen J. Harburg
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001
(202) 383-5300

COUNSEL FOR DEFENDANTS AIRGAS-GULF STATES, INC., AIRGAS SOUTHWEST, INC., AIR LIQUIDE AMERICA L.P., AS SUCCESSOR IN INTEREST TO BIG THREE INDUSTRIES, INC., A.O. SMITH CORPORATION, AVESTA WELDING PRODUCTS, INC. F/K/A AVESTA POLARIT WELDING, INC., THE BOC GROUP, INC. F/K/A AIRCO, INC., THE ESAB GROUP, INC., EUTECTIC CORPORATION, HOBART BROTHERS COMPANY, THE LINCOLN ELECTRIC COMPANY, PRAXAIR, INC., SANDVIK, INC., TDY INDUSTRIES, INC., UNION CARBIDE CORPORATION, UNION CARBIDE CORPORATION F/K/A UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC., VIACOM, INC. AND VIACOM, INC. AS SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORP.