**03-17000.specialmaster-renew.wpd**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: WELDING ROD PRODUCTS** : | |
|   **LIABILITY LITIGATION** : | **Case No. 1:03-CV-17000** |
| : |     **(MDL Docket No. 1535)** |
| : | |
| : | **JUDGE O'MALLEY** |
| : | |
| : | <u>**MEMORANDUM AND ORDER**</u> |
| : | |

On November 10, 2004, the Court granted a motion for appointment of Special Master, and appointed David R. Cohen. *See* docket no. 612. The Order of Appointment stated that, "[a]fter the Special Master has performed for 1,000 hours, the Court shall 'assess the need for his ongoing involvement and will extend the terms of his compensation accordingly.'" *Id.* (quoting motion for appointment at 2).

Within the next several weeks, the Special Master will have provided his services to the parties and the Court for approximately 1,000 hours. The parties and the Court agree that it will be helpful and necessary to continue to obtain the services of the Special Master for the foreseeable future. Accordingly, with the consent of the parties, the Court hereby extends the terms of appointment, as set

out in the original Appointment Order. The Court will, sua sponte, re-assess the need for the services

of the Special Master periodically, and also whenever the parties suggest re-assessment may be appropriate.

**IT IS SO ORDERED.**

<u>s/Kathleen M. O'Malley</u>
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:**  September 8, 2005