\\clesto\user\huthcm\Wptext\WPDOCS\03-17000.factsheet-dismissals.wpd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: WELDING FUME PRODUCTS LIABILITY LITIGATION : : : : : : : : | Case No. 1:03-CV-17000 (MDL Docket No. 1535) JUDGE O'MALLEY **ORDER** |

In its Second Amended Supplemental Case Management Order, the Court ordered counsel for plaintiffs to supply defendants with "fact sheets," setting out certain information regarding each plaintiff. *See* docket no. 405 at 4. Several defendants have filed motions to dismiss various cases for failure by the plaintiffs to submit a fact sheet, as required (docket nos. 1134, 1176). After some of these plaintiffs responded to the motion by filing a fact sheet, the defendants twice amended the list of cases where they sought dismissal (docket nos. 1185, 1374).

In addition, there are also pending: (1) a motion by certain plaintiffs' counsel to withdraw from their representation of certain plaintiffs; and (2) a motion by the same plaintiffs' counsel for voluntary dismissal as to certain plaintiffs (docket nos. 1365, 1366). These two plaintiffs' motions are directed at many of the same plaintiffs as were addressed in defendants' "fact sheet motions."

Having reviewed and reconciled all of these motions, the Court now **GRANTS** all of these motions (being docket nos. 1134, 1176, 1365, & 1366) to the extent set out below. Counsel's motion to withdraw is **GRANTED** as to the cases shown on the attached chart. Further, the motions to dismiss are **GRANTED** as to the cases shown on the attached chart, and these cases are **DISMISSED, without**

**prejudice**. If a plaintiff that was the subject of one of the defendants' motions to dismiss is not listed on the attached chart, the motion to dismiss is denied because it appears the defendants have received the required fact sheet.

**IT IS SO ORDERED.**

                                                **s/Kathleen M. O'Malley**
                                                **KATHLEEN McDONALD O'MALLEY**
                                                **UNITED STATES DISTRICT JUDGE**

**DATED:** October 18, 2005

| Plaintiff | Case No. | Motion to Withdraw | Motion to Dismiss |
|---|---|---|---|
| Alexander, David | 1:03-17005 | | Granted |
| Alvarado, Michael | 1:04-17156 | Granted | Granted |
| Anderson, Bobby | 1:04-17181 | Granted | Granted |
| Anselmo, Clarence | 1:03-17011 | | Granted |
| Avalos, Jesus | 1:04-17179 | Granted | Granted |
| Balfantz, Verdon | 1:04-18978 | | Granted |
| Barks, William | 1:04-17177 | | Granted |
| Bennett, Henry | 1:04-17175 | Granted | Granted |
| Bingham, Ricky | 1:04-19137 | Granted | Granted |
| Bowers, Legrande | 1:04-17340 | | Granted |
| Broer, George | 1:04-17112 | Granted | Granted |
| Buxton, Dennis | 1:04-17171 | Granted | Granted |
| Byers, Simon | 1:03-17109 | | Granted |
| Calder, Thomas | 1:04-19120 | | Granted |
| Castro, Benny | 1:04-17170 | Granted | Granted |
| Ceaser, Jimmy | 1:03-17179 | | Granted |
| Champagne, Herman | 1:04-17169 | Granted | Granted |
| Clark, Claiborne | 1:04-17168 | Granted | Granted |
| Colton, Jerry Jr. | 1:04-18580 | | Granted |
| Cormier, Roland | 1:04-17188 | Granted | Granted |
| Cox, Donald | 1:04-17233 | | Granted |
| Crocker, James | 1:03-17111 | | Granted |
| Crooms, Ernest | 1:04-17243 | | Granted |
| Cuellar, Ray | 1:04-17187 | Granted | Granted |
| Danuel, Charles | 1:03-17108 | | Granted |
| Deen, Keith | 1:04-17186 | | Granted |
| Derengowski, Robert | 1:04-17150 | Granted | Granted |
| Donald, Ada | 1:03-17139 | | Granted |
| Draper, Brian | 1:04-19138 | Granted | Granted |
| Draper, Ronald | 1:04-19139 | Granted | Granted |
| Duke, Donald | 1:03-17129 | | Granted |
| Dumas, Melvin | 1:03-17134 | | Granted |
| Dunn, Doyle | 1:04-17246 | | Granted |
| Duplesis, Octave | 1:03-17142 | | Granted |
| Dupre, Malcolm | 1:04-19140 | | Granted |
| Eckert, Barney | 1:04-17037 | Granted | Granted |
| Ellison, Franklin | 1:04-17049 | Granted | Granted |
| Fetterhoff, Alfred | 1:04-17349 | | Granted |

| Plaintiff | Case No. | Motion to Withdraw | Motion to Dismiss |
|---|---|---|---|
| Frederick, Earl | 1:03-17036 |  | Granted |
| Gabriel, Harold | 1:04-17204 | Granted | Granted |
| Galvan, Armando | 1:04-17106 | Granted | Granted |
| Gibbs, Billy Sr. | 1:04-17219 |  | Granted |
| Graci, Benjamin | 1:03-17135 |  | Granted |
| Grimes, Larry | 1:04-17208 | Granted | Granted |
| Hall, Willie | 1:04-17147 | Granted | Granted |
| Hanaway, Robert | 1:04-17232 |  | Granted |
| Hardin, Arnold | 1:03-17115 |  | Granted |
| Harrison, Alvin | 1:04-17237 |  | Granted |
| Hawkins, Jimmy | 1:03-17166 |  | Granted |
| Hearn, Patrick | 1:04-17044 |  | Granted |
| Hicks, Benny | 1:04-17145 | Granted | Granted |
| Hopson, Jay | 1:04-17213 | Granted | Granted |
| Humphrey, Bobbie L. | 1:04-18545 | Granted | Granted |
| Hyatt, Jody | 1:04-19141 | Granted | Granted |
| Hyatt, Robert L. | 1-04 19142 | Granted | Granted |
| Jackson, Norman | 1:04-17097 | Granted | Granted |
| Janota, Chris | 1;04-17139 | Granted | Granted |
| Johnson, Eddie | 1:04-17043 |  | Granted |
| Johnson, Jane | 1:03-17080 |  | Granted |
| Koenig, Dale R. | 1:04-17198 | Granted | Granted |
| Kyte, Henry | 1:04-17096 |  | Granted |
| Landry, Ronald | 1:03-17261 |  | Granted |
| Lawson, Anthony | 1:03-17128 |  | Granted |
| Lennox, James | 1:04-17125 |  | Granted |
| Linscomb, Wayne | 1:04-19143 | Granted | Granted |
| Marcantel, Bennie | 1:04-17288 | Granted | Granted |
| McGallion, Clifton | 1:04-17287 | Granted | Granted |
| Millwood, Jamie | 1:04-17254 |  | Granted |
| Neely, Tomas | 1:04-17014 | Granted | Granted |
| Pate, William | 1:03-17170 |  | Granted |
| Porche, Orville | 1:04-17193 | Granted | Granted |
| Powell, I.D. | 1:04-17192 | Granted | Granted |
| Pratt, James | 1:04-17127 |  | Granted |
| Ramirez, James | 1:03-17136 |  | Granted |
| Ramsey, David | 1:04-17360 |  | Granted |
| Rhodes, Thomas | 1:03-17131 |  | Granted |

| Plaintiff | Case No. | Motion to Withdraw | Motion to Dismiss |
|---|---|---|---|
| Robertson, John W. | 1:04-17066 | Granted | Granted |
| Robinson, David | 1:03-17138 | | Granted |
| Robinson, Milton | 1:05-17069 | | Granted |
| Rodrigue, Darrin | 1:04-17298 | Granted | Granted |
| Russell, Robert | 1:03-17026 | | Granted |
| Scott, Sidney | 1:03-17149 | | Granted |
| Sherrod, Steven | 1:04-17305 | Granted | Granted |
| Sloan, Henry | 1:04-17273 | | Granted |
| Smith, Allen | 1:04-17082 | Granted | Granted |
| Smith, Delbert | 1:04-17081 | | Granted |
| Smith, Kenneth E. | 1:04-17310 | Granted | Granted |
| Staggs, Dorothy | 1:04-17272 | | Granted |
| Stigall, James | 1:04-17136 | Granted | Granted |
| Thibodeaux, Justin | 1:04-19144 | Granted | Granted |
| Thomas, Percy | 1:04-17311 | Granted | Granted |
| Udycz, Eugene | 1:04-17140 | Granted | Granted |
| Vance, Arnold | 1:04-17313 | Granted | Granted |
| Vigil, Thomas | 1:04-18541 | | Granted |
| Villarreal, Juan | 1:04-17141 | Granted | Granted |
| Wagley, Ronnie | 1:04-17315 | Granted | Granted |
| Waites, Richard | 1:04-17265 | | Granted |
| Walker, Daniel | 1:04-17072 | Granted | Granted |
| Walters, Paul | 1:04-17143 | Granted | Granted |
| Webb, Malcolm | 1:03-17177 | | Granted |
| Webster, Andrew | 1:04-17317 | Granted | Granted |
| Wellons, Clinton | 1:04-17316 | Granted | Granted |
| Wenzel, Ronald | 1:04-17004 | Granted | Granted |
| White, Gerald | 1:04-17160 | Granted | Granted |
| Williams, Douglas | 1:04-17257 | | Granted |
| Williams, Ronald | 1:04-17191 | Granted | Granted |
| Wilson, Ralph | 1:04-17158 | Granted | Granted |
| Wineinger, Douglas | 1:04-17190 | Granted | Granted |
| Wooldridge, Donald | 1:04-17002 | Granted | Granted |
| Wright, Henry | 1:04-17001 | Granted | Granted |
| Wright, Jesse | 1:04-17000 | Granted | Granted |