1  STEWART STONE – BAR NO. 64879
   JARVIS M. MURRAY – BAR NO. 226842
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Phone: (408) 287-9501
4  Fax:  (408) 287-2583

5  Attorneys for Non-Party Movant
   The Parkinson's Institute

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

05-80234   HRL

| | |
|---|---|
| In Re: WELDING ROD PRODUCTS LIABILITY LITIGATION | Case No.: Misc<br>MDL Docket No.: 1535 (N.D. Ohio, Eastern Division) |
| Non-Party Movant:<br>The Parkinson's Institute | **NON-PARTY THE PARKINSON'S INSTITUTE'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENAS**<br><br>**Hearing Date:**<br>**Dept.:**<br>**Judge:** |

18  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

19       PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil
20  Procedure, on _____, 2005, or as soon thereafter as the matter may be
21  heard before the Honorable _____ in Courtroom ___ on the ___ Floor of the
22  United States District Court, 280 South First Street, San Jose, California, Non-Party The
23  Parkinson's Institute ("The Institute") will move and hereby does move the Court for an
24  order quashing the September 2005 subpoenas issued by plaintiffs' counsel.
25       The Institute seeks the Court's order quashing the subpoenas because The Institute
26  is a Non-Party to this action, has not been retained as an expert by any party to this action,
27  plaintiffs' subpoenas are duplicative, overbroad, overreaching, and it would be unduly
28  burdensome to require compliance with plaintiffs' subpoenas under these circumstances.

-1-

1     The Institute's motion is based on this notice, the accompanying declarations of Stewart Stone, Jr. and Dr. J. William Langston, the memorandum of points and authorities filed herewith, and such other matters as may be presented to the court at the hearing of this motion.

DATED: October 20, 2005

HOGE, FENTON, JONES & APPEL, INC.

By _____
Stewart Stone, Jr.
Attorneys for Non-Party Movant
The Parkinson's Institute

-2-