03cv17000zat-ord(DiscoveryCertification-Amend).wpd

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: WELDING FUME PRODUCTS** | : | |
| **LIABILITY LITIGATION** | : | **Case No. 1:03-CV-17000** |
| | : | **(MDL Docket No. 1535)** |
| | : | |
| | : | **JUDGE O'MALLEY** |
| | : | |
| | : | **MEMORANDUM AND ORDER** |
| | : | |

On April 3, 2007, the Court issued an Order requiring each of the defendants in this case to submit written discovery certifications. *See* docket no. 2013 ("*Discovery Certification Order*"). Thereafter, various defendants contacted the Court with questions regarding this requirement. In light of those questions, the Court has reconsidered which defendants must submit the Discovery Certification, the form of the Discovery Certification they must submit, and related issues.

Accordingly, the Court now rules as follows. For the reasons stated in the *Discovery Certification Order*, the Court now **ORDERS** each of the following defendants in this MDL to submit a written discovery certification, using the attached revised form, within 21 days of the date of this Order. The Court may later impose this discovery certification requirement on additional defendants.

| | | |
|---|---|---|
| Lincoln Electric Company | BOC Group, Inc. | General Electric Company |
| Hobart Brothers Company | TDY Industries, Inc. | A.O. Smith Corp. |
| ESAB Group, Inc. | Caterpillar, Inc. | Arcos Industries, LLC |

| | | |
|---|---|---|
| Eutectic Corp. | Select Arc, Inc. | Viacom, Inc. |
| Illinois Tool Works, Inc. | Union Carbide Corp. | |

**IT IS SO ORDERED.**

/s/ Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED**: June 1, 2007