03cv17000zba-ord(CAO2-follow).wpd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: WELDING FUME PRODUCTS** : | |
| **LIABILITY LITIGATION** : | **Case No. 1:03-CV-17000** |
| : | **(MDL Docket No. 1535)** |
| : | |
| : | **JUDGE O'MALLEY** |
| : | |
| : | **MEMORANDUM AND ORDER** |
| : | |

In its *Second Case Administration Order* (docket no. 2107, Jan. 7, 2008), the Court directed ten plaintiffs to reconsider whether they wanted to voluntarily dismiss their cases, in light of the Court's direction that their participation in the Tolling Agreement was not allowed. *See id.* at 7-10. Having received the plaintiffs' responses, the Court now **ORDERS** as follows with respect to each case:

| CASE | ORDER |
|---|---|
| *Baer v. Lincoln Elec. Co.*, case no. 04-CV-17178 | The Court's earlier Order granting plaintiffs' motion for voluntary dismissal (dkt. no. 19) is **VACATED**. Accordingly, this case is **re-opened**, and plaintiffs' notice of participation in the Tolling Agreement is of no effect. Further, the motion to withdraw as counsel (master dkt. no. 2111) is **GRANTED**; if appropriate, defendants may move for dismissal for want of prosecution after the date 60 days from the date of this Order. |
| *Cirilo v. Lincoln Elec. Co.*, case no. 04-CV-18607 | The Court's earlier Order granting plaintiffs' motion for voluntary dismissal (dkt. no. 10) is **VACATED.** Accordingly, this case is **re-opened**, and plaintiffs' notice of participation in the Tolling Agreement is of no effect. Further, the motion to withdraw as counsel (dkt. no. 12) is **GRANTED**; if appropriate, defendants may move for dismissal for want of prosecution after the date 60 days from the date of this Order. |
| *Dezell v. Lincoln Elec. Co.*, case no. 04-CV-22635 | Plaintiffs' motion (dkt. no. 22) is **GRANTED**, and the Court's earlier Order granting plaintiffs' motion for voluntary dismissal (dkt. no. 21) is **VACATED**. Accordingly, this case is again re-opened, and plaintiffs' notice of participation in the Tolling Agreement is of no effect. |
| *Edwards v. Lincoln Elec. Co.*, case no. 05-CV-17198 | The Court's earlier Order granting plaintiffs' motion for voluntary dismissal (dkt. no. 14) is **VACATED**. Accordingly, this case is **re-opened**, and plaintiffs' notice of participation in the Tolling Agreement is of no effect. Further, the motion to withdraw as counsel (master dkt. no. 2111) is **GRANTED**; if appropriate, defendants may move for dismissal for want of prosecution after the date 60 days from the date of this Order. |

| CASE | ORDER |
|---|---|
| *Guess v. Lincoln Elec. Co.*, case no. 05-CV-18842 | The Court's earlier Order granting plaintiffs' motion for voluntary dismissal (dkt. no. 17) is **AMENDED** to make clear that plaintiffs' notice of participation in the Tolling Agreement is of no effect. |
| *Hamilton v. Lincoln Elec. Co.*, case no. 05-CV-18677 | Plaintiffs' motion (dkt. no. 15) is **GRANTED**, and the Court's earlier Order granting plaintiffs' motion for voluntary dismissal (dkt. no. 14) is **VACATED**. Accordingly, this case is **re-opened**, and plaintiffs' notice of participation in the Tolling Agreement is of no effect. |
| *Kerecman v. Lincoln Elec. Co.*, case no. 04-CV-18955 | Plaintiffs' motion (dkt. no. 18) is **GRANTED**, and the Court's earlier Order granting plaintiffs' motion for voluntary dismissal (dkt. no. 17) is **VACATED**. Accordingly, this case is **re-opened**, and plaintiffs' notice of participation in the Tolling Agreement is of no effect. |
| *Ore v. Lincoln Elec. Co.*, case no. 04-CV-18949 | The Court's earlier Order granting plaintiffs' motion for voluntary dismissal (dkt. no. 17) is **AMENDED** to make clear that plaintiffs' notice of participation in the Tolling Agreement is of no effect. |
| *Osborne v. Lincoln Elec. Co.*, case no. 05-CV-18679 | The Court's earlier Order granting plaintiffs' motion for voluntary dismissal (dkt. no. 14) is **AMENDED** to make clear that plaintiffs' notice of participation in the Tolling Agreement is of no effect. |
| *Scoggins v. Lincoln Elec. Co.*, case no. 05-CV-17755 | The Court's earlier Order granting plaintiffs' motion for voluntary dismissal (dkt. no. 16) is **AMENDED** to make clear that plaintiffs' notice of participation in the Tolling Agreement is of no effect. |

**IT IS SO ORDERED.**

/s/ Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED**:
February 13, 2008