03cv17000zby-ord(DWOP-3cases).wpd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: WELDING FUME PRODUCTS LIABILITY LITIGATION : : : : : : : | Case No. 1:03-CV-17000 (MDL Docket No. 1535) JUDGE O'MALLEY **MEMORANDUM AND ORDER** |

On March 25, 2011, the Court entered an Order setting certain deadlines for a number of *pro se* plaintiffs.  *See* master docket no. 2542.  Specifically, the Court: (1) directed each plaintiff to file one or more required documents by a date certain; and (2) stated that, "[i]f the plaintiff fails to file the required documents by the applicable deadlines, his case will be dismissed for want of prosecution."  *Order* at 4.

It now appears that the plaintiffs in the three cases listed below have not met their deadlines.  Accordingly, the following three cases are **DISMISSED without prejudice**, for want of prosecution.

| Plaintiff | Case Number |
|---|---|
| Feist, Harry | 03-CV-17290 |
| Bedingfield, Bobby | 05-CV-18827 |
| Rubino, Germano | 06-CV-17034 |

**IT IS SO ORDERED.**

/s/ Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED**: May 5, 2011